| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| HOWARD B. GROBSTEIN, CPA<br>Grobstein Teeple LLP<br>6300 Canoga Avenue, Suite 1500W<br>Woodland Hills, California 91367<br>Telephone: (818) 532-1020<br>Facsimile: (818) 532-1120<br>Email:  hgrobstein@gtllp.com; documents@gtllp.com | |

☒ *Movant(s) appearing without an attorney*
☐ *Attorney for Movant(s)*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

| In re:<br>Robert John Samuel Fowler, | CASE NO.: 9:10-bk-14947-DS<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)** |
| Debtor(s). | [No Hearing Required] |

1. I am the ☒ Movant(s) or ☐ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): __08/31/2018__  Movant(s) filed a motion or application (Motion) entitled: __Application by Chapter 7__ __Trustee to Employ Grobstein Teeple LLP as Accountants, Effective June 4, 2018__

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): __08/31/2018__  Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F).

6. More than __19__ days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

9.   Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

WHEREFORE, Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: 09/19/2018                        /s/ HOWARD B. GROBSTEIN
                                        Signature


                                        HOWARD B. GROBSTEIN
                                        Printed name

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 2                    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

1   HOWARD B. GROBSTEIN, CPA
    Grobstein Teeple LLP
2   6300 Canoga Avenue, Suite 1500W
3   Woodland Hills, California 91367
    Telephone:  (818) 532-1020
4   Facsimile:   (818) 532-1120
    Email:   hgrobstein@gtllp.com, documents@gtllp.com
5

6   Proposed Accountants for Jeremy W. Faith,
    Chapter 7 Trustee
7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   COUNTY DIVISION

11  In re                              Case No.: 9:10-bk-14947-DS

12  ROBERT JOHN SAMUEL FOWLER,         Chapter 7

13
                                       APPLICATION BY CHAPTER 7 TRUSTEE
14                                     FOR AUTHORIZATION TO EMPLOY
                                       GROBSTEIN TEEPLE LLP AS
15                                     ACCOUNTANTS EFFECTIVE JUNE 4,
16                                     2018; STATEMENT OF
                           Debtor.     DISINTERESTEDNESS IN SUPPORT
17                                     THEREOF

18
                                       [11 U.S.C. §§327(a) Fed. R. Bank. P. 2014;
19                                     Loc. Bankr. R. 2014-1(b)]

20                                     [No Hearing Required]

21
22  TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY

23  JUDGE, THE DEBTOR AND THEIR COUNSEL, THE OFFICE OF THE UNITED STATES

24  TRUSTEE, AND PARTIES ENTITLED TO NOTICE:

25          Applicant Jeremy W. Faith, the duly appointed and acting chapter 7 trustee (the "Trustee" or

26  "Applicant") of the bankruptcy estate (the "Estate") of Robert John Samuel Fowler ("Debtor"),

27  hereby applies for an order authorizing the employment of Grobstein Teeple LLP ("GT" or the

28  "Firm"), as his accountants effective June 4, 2018 (the "Application") and in support of this

1   application, respectfully represents as follows:

2       1.      On or about September 26, 2010, the Debtor filed a voluntary petition under Chapter

3   7 of Title 11 of the United States Code (the "Petition Date"). Thereafter, Jeremy W. Faith was

4   appointed as the Chapter 7 Trustee.

5       2.      Based on the Trustee's review of pleadings, documents, and other information

6   provided, the Applicant has determined that it is necessary and appropriate to retain the services of

7   an accountant to provide certain specified services as well as those typically provided by a certified

8   public accountant on behalf of a trustee and a bankruptcy estate.  Specifically, Applicant proposes to

9   retain an accountant to perform, among other tasks, the following specific acts:

10          a.      Obtain and evaluate financial records;

11          b.      Evaluate assets and liabilities of Debtor and Estate;

12          c.      Evaluate tax issues related to the Debtor and Estate;

13          d.      Prepare tax returns;

14          e.      Provide litigation consulting if required; and

15          f.      Provide accounting and consulting services requested by the Applicant and

16                  his counsel.

17      3.      As shown by the biographical information attached as **Exhibit A** hereto and

18   incorporated herein by this reference, the Firm and its professionals are very experienced in

19   insolvency, bankruptcy and reorganization matters and are well-qualified to represent Applicant.  A

20   copy of the schedule of the Firm's current billing rates for accountants and paraprofessionals of the

21   Firm is attached hereto as **Exhibit B** and incorporated herein by this reference.

22      4.      The Firm understands and agrees to accept employment on grounds that its fees may

23   be awarded only by application to and approval by this Court after notice and a hearing.  The Firm

24   seeks employment pursuant to 11 U.S.C. §330.  The Firm is familiar with the Bankruptcy Code, the

25   Bankruptcy Rules, the Local Bankruptcy Rules and the Guidelines of the United States Trustee, and

26   will comply with them.

27      5.      As set forth in the attached Statement of Disinterestedness ("Statement"), GT

28   carefully reviewed its files and except as noted in paragraph 6 has determined that no conflict exists

1  in connection with this matter, and that as of the date of the Application, to the best of Applicant's

2  knowledge and after consideration of the disclosures in the attached Statement, Applicant believes

3  that the Firm and all of its partners and associates are disinterested persons as that term is defined by

4  the Bankruptcy Code, and neither the Firm nor any partners or associates of the Firm are connected

5  with Applicant, the Debtor, its creditors, any other party in interest, their respective attorneys, the

6  United States Trustee, or any person employed in the office of the United States Trustee, nor does

7  the Firm or its accountants represent or hold an adverse interest with respect to the Debtor, any

8  creditor, or to this Estate.

9      6. Point Center Financial ("PCF") is included as creditor on schedule F of the bankruptcy

10  schedules for the Estate and filed an unsecured proof of claim in this case.  GT principal Howard

11  Grobstein serves the trustee for the Point Center Financial chapter 7 bankruptcy estate, a case

12  pending in the Santa Ana Division of the Central District of California ("PCF").  Based on the scope

13  of work expected to be performed by GT for Applicant, the parties do not believe there to be any

14  conflict in hiring GT as the Applicant's accountant, but wanted to clearly disclose all relevant

15  relationships and connections.

16      7. Applicant is satisfied from the Statement of Disinterestedness that the Trustee's

17  employment of the Firm as accountants would be in the best interests of the Estate.

18      **WHEREFORE**, Applicant respectively requests that it be authorized to employ GT,

19  effective as of June 4, 2018, pursuant to 11 U.S.C. §§ 327 and 330, and in accordance with Rule

20  2014 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2014-1(b), on the

21  terms stated herein.

22

23

24  Dated: August _3/_ , 2018

25                                          _____
                                            Jeremy W. Faith
26                                          Chapter 7 Trustee for the estate of
                                            Robert John Samuel Fowler
27

28

**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF**

**PROFESSIONAL PERSON UNDER RULE 2014, FEDERAL RULES OF**

**BANKRUPTCY PROCEDURE**

I, HOWARD B. GROBSTEIN, declare:

1.      I am a certified public accountant, duly licensed and authorized to practice accounting in the State of California.  I am a member in good standing of the American Institute of Certified Public Accountants (AICPA), and am a partner at Grobstein Teeple LLP ("GT"), proposed accountants for Applicant.  I am authorized to make this Declaration on behalf of the Firm.  All capitalized terms used herein are as defined in the foregoing Application.

2.      This declaration is made in support of the foregoing Application by the Trustee to retain the Firm as his accountants herein as of June 4, 2018.  The Firm, its members and associates are well-qualified to represent the Trustee in this matter, as can be seen by the Firm's biographical information, a true and correct copy of which is attached hereto as **Exhibit A** and incorporated herein by this reference.

3.      The Firm understands and agrees to accept employment on grounds that its fees may be awarded only by application to and approval by this Court after notice and a hearing.  It is contemplated that GT will seek compensation and reimbursement of expenses from the Estate based upon its normal and usual hourly billing rates and may seek interim compensation as permitted by U.S.C. §§ 330 and 331.

4.      The Firm was not paid a monetary retainer.

5.      GT carefully reviewed its files and except as noted in paragraph 6 has determined that no conflict exists in connection with this matter, and that GT neither holds nor represents a claim against the Debtor or the Estate other than as described below and in paragraph 7 of the Application.  As attested to below, GT regularly checks its files to determine if it holds or represents any creditor or party in interest with an interest adverse to the Debtor or the Estate.

///

6.      Point Center Financial ("PCF") is included as creditor on schedule F of the bankruptcy schedules for the Estate and filed an unsecured proof of claim in this case.  GT principal Howard Grobstein serves the trustee for the Point Center Financial chapter 7 bankruptcy estate, a case pending in the Santa Ana Division of the Central District of California ("PCF").  Based on the scope of work expected to be performed by GT for Applicant, the parties do not believe there to be any conflict in hiring GT as the Applicant's accountant, but wanted to clearly disclose all relevant relationships and connections.

7.      The following is a complete description of the Firm's connections with the Applicant, the Debtor, its creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee:  The Firm of which the Trustee is a member may from time to time represent me in matters where I am the Trustee / has represented me in matters where I am the Trustee, which matters are completely unrelated to the instant case.  The Firm has also represented the Trustee in other unrelated cases.

8.      Finally, members of the Firm have socialized on occasion with the Trustee and with other members of the firm of which the Trustee is a member.

9.      The Firm is not and was not an investment banker for any outstanding security of the Debtor.

10.     The Firm is and was not, within three years before the date of the filing of the Petition herein, an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor.

11.     The Firm is not and was not, within two years before the date of filing of the Petition herein, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor.

12.     The Firm neither holds nor represents any interest materially adverse to the interest of the Estate or of any class of creditors or equity security holders, for reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, the Chapter 7 Trustee, or an investment banker for any security of the Debtor, or for any other reason.

1    13.    GT's and my business address is 6300 Canoga Avenue, Suite 1500W, Woodland

2 Hills, California 91367; telephone (818) 532-1020; facsimile (818) 532-1120.

3    14.    The members of the Firm are not relatives or employees of any judge of the United

4 States Bankruptcy Court for the Central District of California, the United States Trustee, or any

5 person currently employed in the Office of the United States Trustee.  I am familiar and will comply

6 with the Bankruptcy Code and the Bankruptcy Rules, the Local Bankruptcy Rules and the

7 Guidelines of the Office of the United States Trustee.  A notice of the proposed employment of the

8 Firm was served on all proper parties pursuant to Loc. Bank. R. 2014-1(b).

9    ///

10    ///

11    ///

After conducting the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, except for those matters which are stated on information and belief, and as to those matters I believe them to be true.

Executed this ___31___ day of August, 2018, at Woodland Hills, California.


HOWARD B. GROBSTEIN

# EXHIBIT A

# GROBSTEIN TEEPLE LLP

## FIRM BIOGRAPHIES

### <u>PARTNERS</u>

**HOWARD B. GROBSTEIN, CPA/CFF, CFE,** California State University Northridge (B.S. Accountancy, 1994) is a Partner in the Firm. He has acted as a Chapter 7 and Chapter 11 Trustee and Chapter 11 Examiner in the Central and Northern Districts of California. He has testified as an expert witness in District, Bankruptcy and State court cases. Mr. Grobstein has conducted numerous fraud investigations. He is a member of the Board of Directors and past chair of the Los Angeles/Orange County Chapter of the California Receiver's Forum. He was President of the Los Angeles Bankruptcy Forum for 2013. Mr. Grobstein was the Treasurer of the Los Angeles/Orange County chapter of the Turnaround Management Association.

**BENJAMIN L. HOWARD, CPA,** University of Denver (M.A. Accountancy and B.S. Accountancy) is a Partner in the Firm. Mr. Howard has over 10 years of experience in bankruptcy, litigation support and forensic accounting services.

**JOSHUA TEEPLE**, **CPA/CFF, CFE, CISA, CITP,** University of Colorado, Boulder (B.S. Business Administration, 1997) is a Partner in the Firm. Mr. Teeple specializes in providing forensic accounting and forensic technology services. He has testified as an expert witness in such matters. Mr. Teeple has conducted multiple fraud investigations and regularly provides litigation consulting services.

**KURT H. STAKE, CPA, MBA, CMA, CFE, CFF, CVA, ABV**, University of Southern California (B.S. Accounting), Chapman University (Masters of Business Administration), is a Partner in the Firm. Mr. Stake has over 25 years of forensic accounting, financial damages, business valuation and litigation expert witness experience. Mr. Stake has testified as an expert witness in jury trials, bench trials, depositions and arbitrations on behalf of both plaintiffs and defendants for State and Federal matters.

**GROBSTEIN TEEPLE LLP**

## FIRM BIOGRAPHIES

**ALEX RACHMANONY, CPA,** California State University, Los Angeles (B.S. in Accountancy, 1988) is a Partner in the Firm. Mr. Rachmanony has over 20 years of experience providing financial reporting for audits and reviews, obtaining financing, financial benchmarking, profitability studies and reconciliations, financial forecasting and projecting, tax planning and compliance, and tax audit representation.

**KERMITH BOFFILL, CPA,** California State University Northridge (B.S. in Accountancy, 2007) is a Partner in the Firm. Mr. Boffill worked in private accounting for thirteen years before starting his career in public accounting in March 2006. Mr. Boffill has worked on a variety of audit and taxation engagements specializing in taxation of entities and individuals. Mr. Boffill has experience in bankruptcy matters including individual liquidations, corporate reorganizations and liquidations.

**JEFFREY LEONARD, CPA,** San Diego State University (B.S. in Accounting, Emphasis in Small Business) is a Partner in the Firm. Mr. Leonard has extensive experience working with clients from a wide variety of industries. Mr. Leonard advises on issues such as buying/selling Real Estate, business concerns, understanding tax consequences, retirement/tax planning, investments and allocations, and estate planning. In addition, Mr. Leonard has served as Trustee for several clients' families.

## <u>PRINCIPALS</u>

**ERIK RASMUSSEN**, is a Principal and head of Cyber Security and Risk Management Solutions for the Firm. He is an active attorney in Washington State with almost 15 years of experience. Prior to joining the Firm, Mr. Rasmussen was a Managing Director at a global risk management firm covering incident response and governance. Mr. Rasmussen was also a Secret

Exhibit A                                                                                      2

# GROBSTEIN TEEPLE LLP

## FIRM BIOGRAPHIES

Service agent for 9 years and conducted dozens of domestic and international computer crimes investigations.

**STEVEN ROOPENIAN, CFE,** California State University, Long Beach (B.S. Business Management) is a Principal in the Firm. Mr. Roopenian has experience in bankruptcy, forensic accounting, and litigation support. He is a member of the Association of Certified Fraud Examiners, the Turnaround Management Association, the Association of Insolvency and Restructuring Advisors, and the Los Angeles Bankruptcy Forum. Additionally, Mr. Roopenian assisted the treasurer of the Los Angeles/Orange County chapter of the Turnaround Management Association during his tenure.

**KAILEY WRIGHT, CIRA,** University of California, Santa Barbara (B.A., Economics, emphasis in Accounting) is a Principal in the Firm. Ms. Wright specializes in providing accounting services related to bankruptcy, forensic accounting, and litigation support for her clients. She is currently the Secretary of the Los Angeles Bankruptcy Forum. She is an active member of the Orange County Bankruptcy Forum and International Women's Insolvency & Restructuring Confederation.

## PROFESSIONALS

**KIM BIRD,** California State, Fullerton (BA, Communications), is a consultant in the firm. Ms. Bird has experience in Business Management, payroll preparation, and book reconciliation.

**JEFFREY BUSSELL**, Loyola Law School, Loyola Marymount University and The University of Arizona, is a Director with the Firm. Mr. Bussell is a Certified Fraud Examiner and his practice focuses on fraud investigations, forensic analysis, economic damage calculations, and litigation consulting. He is also the Director of Training for the Ventura County chapter of the

### GROBSTEIN TEEPLE LLP

### FIRM BIOGRAPHIES

Association of Certified Fraud Examiners.

**RACHEL CASAS**, is the managing bookkeeper at Grobstein Teeple with over ten years of experience in business management.

**SILVA CHAMICHYAN,** The University of California, Northridge (B.S., Accounting) is a Senior Accountant in the Firm. Ms. Chamichyan has experience in corporation tax returns and private equity.

**JESSIE CHUN,** The University of California, Los Angeles (Accounting) and University of San Diego (B.A., History) is a Consultant in the Firm. Ms. Chun has experience in payroll preparation, sales reconciliations, and preparing financial statements.

**LUCY DEMIRDZHYAN**, California State University, Northridge (B.S. Accountancy) is a consultant in the Firm.

**STEVEN GODOY, MSA,** San Diego State University (M.S. Accountancy- Accounting Information Systems) and San Diego State University (B.S. Business Administration- Accounting) is a Consultant with the firm. Mr. Godoy has experience with not-for-profit accounting, accounting information systems, and process improvements. He is a member of the American Institute of CPAs, the Association of Latino Professionals For America, and the California Society of CPAs.  He is currently a CPA Candidate with the California Board of Accountancy.

**LINDSAY N. LOPEZ,** is a consultant in the Firm. While at the Firm she is pursuing her Bachelor of Science degree in Professional Accountancy at California State University, Northridge.

**BRIAN LUNDEEN, M.A.S., CFE** Northern Illinois University (Master of Accountancy Sciences, Accountancy, 2009) and Northern Illinois University (B.S., Accountancy, 2008) is a Manager with the Firm. Mr. Lundeen specializes in providing forensic accounting, litigation

## GROBSTEIN TEEPLE LLP

### FIRM BIOGRAPHIES

support, and fraud investigation services. He is a member of the Association of Certified Fraud Examiners, the Turnaround Management Association, the California Receivers Forum, and the Los Angeles Bankruptcy Forum.

**MICHAEL MCCARTHY**, CPA, CFE, California State University, Fullerton, is a Senior Manager at Grobstein Teeple, LLP. Mr. McCarthy specializes in litigation support, insolvency consulting, forensic accounting, fraud investigation, and expert witness testimony.

**KEVIN MEACHAM,** California State University, Northridge (B.S. Information Systems with an Option in Business) is a Consultant in the Firm. Mr. Meacham is knowledgeable in network technologies, database management, application development, business intelligence, IT audit, enterprise resource planning, project management, and IT security. He has experience in bank record reconstructions for numerous accounts related to fraudulent transactions. He is a member of the Information Systems Audit and Control Association (ISACA) and Management Information Systems Association (MISA) at California State University, Northridge.

**LUCIA MIER,** Santa Monica Community College (AA, Accounting, 2009) is a Consultant in the Firm. Ms. Mier has experience with assisting in preparation of tax return for entities and individuals.

**TRACEY MUGA,** California State University, Northridge (B.S. Family and Environmental Studies with an Option in Business, 1994) is a Consultant with the Firm. Ms. Muga currently is an Auditor for the California Parent Teacher Association. She is bilingual in English and Spanish.

**RACHEL ROJANY, CPA**, is a Senior Manager at Grobstein Teeple, LLP in Woodland Hills. She has been in practice since 2004. Rachel's professional experience is focused in

**GROBSTEIN TEEPLE LLP**

**FIRM BIOGRAPHIES**

individual and business tax compliance and planning, with experience in an array of different industries from Entertainment & Media, Professional Services, to Real Estate and High Net Worth Individuals and Families. She is a member of the American Institute of Certified Public Accountants and the California Society of Certified Public Accountants. She is a graduate of the University of California, Santa Cruz and has a Bachelor of Arts in Business Management Economics.

**EDDIE SHAMAS, CPA**, California State University, Northridge (B.S. Accountancy and B.S. Finance) is a Senior Consultant in the Firm. Mr. Shamas has experience in providing assurance services to a variety of publicly traded and privately held companies in the manufacturing, distribution, retail, and service industries. He is a member of California Certified Public Accountants.

**BRIAN SIEGEL**, is a Forensic Technology Consultant with the Firm. Mr. Siegel has 10 years of experience in the technology field. He is currently pursuing his Bachelor of Science degree in Information Technology-Information Security Systems at the University of Phoenix.

**KENNETH SOLARES,** California State University, Northridge (B.S. Finance) is a Consultant in the Firm. Mr. Solares has experience in accounting, bookkeeping, financial statement analysis and office management. Mr. Solares is a CPA Candidate with the California Board of Accountancy.

**WILLIAM THOMSEN, CFA, ASA,** Columbia University (MBA in Finance), Pomona College (BA, Economics) is a Director with the Firm. Mr. Thomsen has over 25 years of experience providing business valuations and economic analyses to various businesses. His consulting expertise also includes economic damage assessment and expert testimony for

## GROBSTEIN TEEPLE LLP

## FIRM BIOGRAPHIES

commercial and employment disputes. He has testified on numerous occasions regarding valuation and economic damage issues, and has qualified as an expert witness in U.S. District Court and California Superior Court.

### PARAPROFESSIONALS

**BROOKE BORBA,** University of California Santa Cruz, (BA English Language and Literature) is a receptionist with the Firm.

**WENDI CARRANZA**, Southern California College of Business and Law (A.A., Paralegal Studies) is an Assistant Trustee Administrator in the Firm's Riverside office.

**SHEENA SKURO,** West Los Angeles College, (A.A., Paralegal Studies) is a Trustee Administrator with the Firm.

**LYNN RICE**, American College of Hotel & Restaurant Management (Certification Program), is the Office Manager of the Firm.

**CORY ZERA**, University of California San Diego, (BA Visual Arts: Media) is an Assistant with the Firm.

# EXHIBIT B

# GROBSTEIN TEEPLE LLP

## FIRM BILLING RATES

### Partners and Principals

| Name | Rate |
|------|------|
| Grobstein, Howard | $475.00 |
| Boffill, Kermith | $350.00 |
| Howard, Benjamin | $400.00 |
| Leonard, Jeffrey | $350.00 |
| Rachmanony, Alex | $350.00 |
| Rasmussen, Erik | $475.00 |
| Roopenian, Steven | $305.00 |
| Stake, Kurt | $425.00 |
| Teeple, Joshua | $425.00 |
| Wright, Kailey | $305.00 |

### Managers and Directors

| Name | Rate |
|------|------|
| Bussell, Jeffrey | $375.00 |
| Lundeen, Brian | $295.00 |
| McCarthy, Michael | $275.00 |
| Rojany, Rachel | $275.00 |
| Shamas, Eddie | $275.00 |
| Thomsen, William | $325.00 |

### Staff and Senior Accountants

| Name | Rate |
|------|------|
| Bird, Kimberly | $110.00 |
| Casas, Rachel | $85.00 |
| Chamichyan, Silva | $205.00 |
| Chun, Jessie | $195.00 |
| Demirdzhyan, Lucy | $130.00 |
| Godoy, Steven | $195.00 |
| Lopez, Lindsay | $115.00 |
| Meacham, Kevin | $185.00 |
| Mier, Lucia | $185.00 |

Exhibit B                    Page 1 of 2

**GROBSTEIN TEEPLE LLP**

**FIRM BILLING RATES**

| | |
|---|---|
| Muga, Tracey | $175.00 |
| Park, Sean | $185.00 |
| Phan, Bobby | $130.00 |
| Siegel, Brian | $250.00 |
| Solares, Kenneth | $185.00 |

### Para-Professionals

| **Name** | **Rate** |
|---|---|
| Borba, Brooke | $125.00 |
| Carranza, Wendi | $125.00 |
| DeHoyos, Sheena | $125.00 |
| Gross, Brian | $125.00 |
| Rice, Lynn | $125.00 |
| Zera, Cory | $125.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

*6300 Canoga Avenue, Suite 1500W, Woodland Hills, CA 91367*

A true and correct copy of the foregoing document entitled (*specify*): ***APPLICATION BY CHAPTER 7 TRUSTEE FOR AUTHORIZATION TO EMPLOY GROBSTEIN TEEPLE LLP AS ACCOUNTANTS EFFECTIVE JUNE 4, 2018; STATEMENT OF DISINTERESTEDNESS IN SUPPORT THEREOF*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 31, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On August 31, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Debtor
Robert John Samuel Fowler
POB 1008
Santa Margarita, CA 93453

Honorable Deborah Saltzman
US Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 8/31/2018 | CORY ZERA | /s/ CORY ZERA |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Robert John Samuel Fowler                          9:10-bk-14947-DS

1. Annie Y Stoops on behalf of Trustee Jeremy W. Faith (TR) annie.stoops@arentfox.com
2. D Edward Hays on behalf of Interested Party Courtesy NEF ehays@marshackhays.com,
   8649808420@filings.docketbird.com
3. David L Oberg on behalf of Debtor Robert John Samuel Fowler david@oberglawapc.com
4. Jeffery D Trowbridge on behalf of Creditor California Mortgage and Realty, Inc.
   jdt3656@sbcglobal.net
5. Jeremy W. Faith (TR) Trustee@MarguliesFaithlaw.com,
   C118@ecfcbis.com;Helen@MarguliesFaithLaw.com;leedowding@gmail.com
6. Kristine A Thagard on behalf of Interested Party Courtesy NEF kthagard@marshackhays.com,
   8649808420@filings.docketbird.com
7. M Douglas Flahaut on behalf of Trustee Jeremy W. Faith (TR) flahaut.douglas@arentfox.com
8. Ramesh Singh on behalf of Interested Party Courtesy NEF claims@recoverycorp.com
9. Shalom Rubanowitz on behalf of Creditor Peter De Witte shalom@shalomlawoffice.com
10. United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov
11. Vy Pham on behalf of Interested Party Courtesy NEF vpham@mileslegal.com
    TOTAL: 11

HOWARD B. GROBSTEIN, CPA
Grobstein Teeple LLP
6300 Canoga Avenue, Suite 1500W
Woodland Hills, California 91367
Telephone:   (818) 532-1020
Facsimile:    (818) 532-1120
Email:    hgrobstein@gtllp.com, documents@gtllp.com

Proposed Accountants for Jeremy W. Faith,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA BARBARA DIVISION

| In re | Case No.: 9:10-bk-14947-DS |
|---|---|
| **ROBERT JOHN SAMUEL FOWLER,** | Chapter 7 |
| Debtor. | **NOTICE OF APPLICATION BY CHAPTER 7 TRUSTEE FOR AUTHORIZATION TO EMPLOY GROBSTEIN TEEPLE LLP, AS ACCOUNTANTS**<br><br>[No Hearing Requested] |

**TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE DEBTORS; AND PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that Jeremy W. Faith, the court-appointed chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Robert John Samuel Fowler ("Debtor"), has filed an Application for entry of a Court Order authorizing the employment of Grobstein Teeple LLP ("GT" or "Firm") as the Trustee's accountants in this case pursuant to 11 U.S.C. § 327 (the "Application").

The Application is based upon this Notice, the Declaration of Howard B. Grobstein, the pleadings and filed in the bankruptcy estate of the above-captioned Debtor, and upon such further oral and documentary evidence as may be presented to the Court. The effective date of employment is June 4, 2018.

The Trustee proposes to employ GT to provide the following specific acts:

a.  Obtain and evaluate financial records;

b.  Evaluate assets and liabilities of Debtor and Estate;

c.  Evaluate tax issues related to the Debtor and Estate;

d.  Prepare tax returns;

e.  Provide litigation consulting if required; and

f.  Provide accounting and consulting services requested by the Applicant and his counsel.

The Firm's resume is attached to the Application as <u>Exhibit A</u>. A schedule of the current rates charged by the accountants and paraprofessionals of the Firm is attached to the Application as <u>Exhibit B</u>, which rates are subject to periodic adjustment.

**PLEASE TAKE FURTHER NOTICE THAT** the Applicant proposes to retain GT upon the following basis: Except as the Court may otherwise determine, after due notice, GT will petition the Court under 11 U.S.C. Sections 330 for an allowance of fees and reimbursable costs not more often than every 120 days. The petition will be heard upon notice to necessary parties. GT will accept compensation and reimbursements of expenses in such amounts that the Court may award. There will be no written employment agreement apart from this Application. The only source of payment or compensation will be the estate. No retainer has been paid or is being proposed to GT. The Firm has no agreement to share any compensation for services that have been rendered to date or that will be rendered in the future in any capacity in connection with this case with any other individual or entity, except as among and between the Firm's members and employees.

**PLEASE TAKE FURTHER NOTICE THAT** that any response and request for hearing as to the proposed employment must be in the form as required by Local Bankruptcy Ruled 2014-1(b) 9013-1(f) and (o) and filed with the Clerk of the above-entitled Court, at 1415 State Street, Santa

Barbara, California 93101. The Deadline for any response and request for hearing is 14 days after the date of service of this Notice, plus an additional 3 days unless this Notice was served by personal delivery of posting as described in F.R.Civ.P.5(b)(2)(A)-(B). A copy of any response or request for hearing must be served on Margulies Faith LLP to the attention of Jeremy W. Faith at 16030 Ventura Blvd., Encino, CA, 91436 and Grobstein Teeple LLP at the address indicated in the upper left corner of the first page of this Notice. A copy must also be served on the Office of the United States Trustee, 128 E. Carrillo Street, Santa Barbara, California 93101. Failure to timely respond may be deemed as acceptance of the proposed employment. See Local Rules 9013-1(h).

You may obtain a copy of the Trustee's Application by making a written request at the address indicated in the upper left corner of the first page of this Notice. You may obtain copies of all pleadings on the Debtor's case from the Clerk's office.

Dated: August 31, 2018                    Grobstein Teeple LLP


By: _____
                    Howard B. Grobstein
                    Proposed Accountant for
                    Jeremy W. Faith

Mailing Date: August 31, 2018

# EXHIBIT A

## GROBSTEIN TEEPLE LLP

### FIRM BIOGRAPHIES

### <u>PARTNERS</u>

**HOWARD B. GROBSTEIN, CPA/CFF, CFE,** California State University Northridge (B.S. Accountancy, 1994) is a Partner in the Firm. He has acted as a Chapter 7 and Chapter 11 Trustee and Chapter 11 Examiner in the Central and Northern Districts of California. He has testified as an expert witness in District, Bankruptcy and State court cases. Mr. Grobstein has conducted numerous fraud investigations. He is a member of the Board of Directors and past chair of the Los Angeles/Orange County Chapter of the California Receiver's Forum. He was President of the Los Angeles Bankruptcy Forum for 2013. Mr. Grobstein was the Treasurer of the Los Angeles/Orange County chapter of the Turnaround Management Association.

**BENJAMIN L. HOWARD, CPA,** University of Denver (M.A. Accountancy and B.S. Accountancy) is a Partner in the Firm. Mr. Howard has over 10 years of experience in bankruptcy, litigation support and forensic accounting services.

**JOSHUA TEEPLE**, **CPA/CFF, CFE, CISA, CITP,** University of Colorado, Boulder (B.S. Business Administration, 1997) is a Partner in the Firm. Mr. Teeple specializes in providing forensic accounting and forensic technology services. He has testified as an expert witness in such matters. Mr. Teeple has conducted multiple fraud investigations and regularly provides litigation consulting services.

**KURT H. STAKE, CPA, MBA, CMA, CFE, CFF, CVA, ABV**, University of Southern California (B.S. Accounting), Chapman University (Masters of Business Administration), is a Partner in the Firm. Mr. Stake has over 25 years of forensic accounting, financial damages, business valuation and litigation expert witness experience. Mr. Stake has testified as an expert witness in jury trials, bench trials, depositions and arbitrations on behalf of both plaintiffs and defendants for State and Federal matters.

# GROBSTEIN TEEPLE LLP

## FIRM BIOGRAPHIES

**ALEX RACHMANONY, CPA,** California State University, Los Angeles (B.S. in Accountancy, 1988) is a Partner in the Firm. Mr. Rachmanony has over 20 years of experience providing financial reporting for audits and reviews, obtaining financing, financial benchmarking, profitability studies and reconciliations, financial forecasting and projecting, tax planning and compliance, and tax audit representation.

**KERMITH BOFFILL, CPA,** California State University Northridge (B.S. in Accountancy, 2007) is a Partner in the Firm. Mr. Boffill worked in private accounting for thirteen years before starting his career in public accounting in March 2006. Mr. Boffill has worked on a variety of audit and taxation engagements specializing in taxation of entities and individuals. Mr. Boffill has experience in bankruptcy matters including individual liquidations, corporate reorganizations and liquidations.

**JEFFREY LEONARD, CPA,** San Diego State University (B.S. in Accounting, Emphasis in Small Business) is a Partner in the Firm. Mr. Leonard has extensive experience working with clients from a wide variety of industries. Mr. Leonard advises on issues such as buying/selling Real Estate, business concerns, understanding tax consequences, retirement/tax planning, investments and allocations, and estate planning. In addition, Mr. Leonard has served as Trustee for several clients' families.

## <u>PRINCIPALS</u>

**ERIK RASMUSSEN**, is a Principal and head of Cyber Security and Risk Management Solutions for the Firm. He is an active attorney in Washington State with almost 15 years of experience. Prior to joining the Firm, Mr. Rasmussen was a Managing Director at a global risk management firm covering incident response and governance. Mr. Rasmussen was also a Secret

Exhibit A                                                                                                          2

# GROBSTEIN TEEPLE LLP

## FIRM BIOGRAPHIES

Service agent for 9 years and conducted dozens of domestic and international computer crimes investigations.

**STEVEN ROOPENIAN, CFE,** California State University, Long Beach (B.S. Business Management) is a Principal in the Firm. Mr. Roopenian has experience in bankruptcy, forensic accounting, and litigation support. He is a member of the Association of Certified Fraud Examiners, the Turnaround Management Association, the Association of Insolvency and Restructuring Advisors, and the Los Angeles Bankruptcy Forum. Additionally, Mr. Roopenian assisted the treasurer of the Los Angeles/Orange County chapter of the Turnaround Management Association during his tenure.

**KAILEY WRIGHT, CIRA,** University of California, Santa Barbara (B.A., Economics, emphasis in Accounting) is a Principal in the Firm. Ms. Wright specializes in providing accounting services related to bankruptcy, forensic accounting, and litigation support for her clients. She is currently the Secretary of the Los Angeles Bankruptcy Forum. She is an active member of the Orange County Bankruptcy Forum and International Women's Insolvency & Restructuring Confederation.

## PROFESSIONALS

**KIM BIRD,** California State, Fullerton (BA, Communications), is a consultant in the firm. Ms. Bird has experience in Business Management, payroll preparation, and book reconciliation.

**JEFFREY BUSSELL**, Loyola Law School, Loyola Marymount University and The University of Arizona, is a Director with the Firm. Mr. Bussell is a Certified Fraud Examiner and his practice focuses on fraud investigations, forensic analysis, economic damage calculations, and litigation consulting. He is also the Director of Training for the Ventura County chapter of the

# GROBSTEIN TEEPLE LLP

## FIRM BIOGRAPHIES

Association of Certified Fraud Examiners.

**RACHEL CASAS,** is the managing bookkeeper at Grobstein Teeple with over ten years of experience in business management.

**SILVA CHAMICHYAN,** The University of California, Northridge (B.S., Accounting) is a Senior Accountant in the Firm. Ms. Chamichyan has experience in corporation tax returns and private equity.

**JESSIE CHUN,** The University of California, Los Angeles (Accounting) and University of San Diego (B.A., History) is a Consultant in the Firm. Ms. Chun has experience in payroll preparation, sales reconciliations, and preparing financial statements.

**LUCY DEMIRDZHYAN**, California State University, Northridge (B.S. Accountancy) is a consultant in the Firm.

**STEVEN GODOY, MSA,** San Diego State University (M.S. Accountancy- Accounting Information Systems) and San Diego State University (B.S. Business Administration- Accounting) is a Consultant with the firm. Mr. Godoy has experience with not-for-profit accounting, accounting information systems, and process improvements. He is a member of the American Institute of CPAs, the Association of Latino Professionals For America, and the California Society of CPAs.  He is currently a CPA Candidate with the California Board of Accountancy.

**LINDSAY N. LOPEZ,** is a consultant in the Firm. While at the Firm she is pursuing her Bachelor of Science degree in Professional Accountancy at California State University, Northridge.

**BRIAN LUNDEEN, M.A.S., CFE** Northern Illinois University (Master of Accountancy Sciences, Accountancy, 2009) and Northern Illinois University (B.S., Accountancy, 2008) is a Manager with the Firm. Mr. Lundeen specializes in providing forensic accounting, litigation

# GROBSTEIN TEEPLE LLP

## FIRM BIOGRAPHIES

support, and fraud investigation services. He is a member of the Association of Certified Fraud Examiners, the Turnaround Management Association, the California Receivers Forum, and the Los Angeles Bankruptcy Forum.

**MICHAEL MCCARTHY**, CPA, CFE, California State University, Fullerton, is a Senior Manager at Grobstein Teeple, LLP.  Mr. McCarthy specializes in litigation support, insolvency consulting, forensic accounting, fraud investigation, and expert witness testimony.

**KEVIN MEACHAM,** California State University, Northridge (B.S. Information Systems with an Option in Business) is a Consultant in the Firm. Mr. Meacham is knowledgeable in network technologies, database management, application development, business intelligence, IT audit, enterprise resource planning, project management, and IT security. He has experience in bank record reconstructions for numerous accounts related to fraudulent transactions. He is a member of the Information Systems Audit and Control Association (ISACA) and Management Information Systems Association (MISA) at California State University, Northridge.

**LUCIA MIER,** Santa Monica Community College (AA, Accounting, 2009) is a Consultant in the Firm. Ms. Mier has experience with assisting in preparation of tax return for entities and individuals.

**TRACEY MUGA,** California State University, Northridge (B.S. Family and Environmental Studies with an Option in Business, 1994) is a Consultant with the Firm. Ms. Muga currently is an Auditor for the California Parent Teacher Association. She is bilingual in English and Spanish.

**RACHEL ROJANY, CPA**, is a Senior Manager at Grobstein Teeple, LLP in Woodland Hills. She has been in practice since 2004. Rachel's professional experience is focused in

## GROBSTEIN TEEPLE LLP

## FIRM BIOGRAPHIES

individual and business tax compliance and planning, with experience in an array of different industries from Entertainment & Media, Professional Services, to Real Estate and High Net Worth Individuals and Families. She is a member of the American Institute of Certified Public Accountants and the California Society of Certified Public Accountants. She is a graduate of the University of California, Santa Cruz and has a Bachelor of Arts in Business Management Economics.

**EDDIE SHAMAS, CPA**, California State University, Northridge (B.S. Accountancy and B.S. Finance) is a Senior Consultant in the Firm. Mr. Shamas has experience in providing assurance services to a variety of publicly traded and privately held companies in the manufacturing, distribution, retail, and service industries. He is a member of California Certified Public Accountants.

**BRIAN SIEGEL**, is a Forensic Technology Consultant with the Firm. Mr. Siegel has 10 years of experience in the technology field. He is currently pursuing his Bachelor of Science degree in Information Technology-Information Security Systems at the University of Phoenix.

**KENNETH SOLARES,** California State University, Northridge (B.S. Finance) is a Consultant in the Firm. Mr. Solares has experience in accounting, bookkeeping, financial statement analysis and office management. Mr. Solares is a CPA Candidate with the California Board of Accountancy.

**WILLIAM THOMSEN, CFA, ASA,** Columbia University (MBA in Finance), Pomona College (BA, Economics) is a Director with the Firm. Mr. Thomsen has over 25 years of experience providing business valuations and economic analyses to various businesses. His consulting expertise also includes economic damage assessment and expert testimony for

## GROBSTEIN TEEPLE LLP

### FIRM BIOGRAPHIES

commercial and employment disputes. He has testified on numerous occasions regarding valuation and economic damage issues, and has qualified as an expert witness in U.S. District Court and California Superior Court.

### <u>PARAPROFESSIONALS</u>

**BROOKE BORBA,** University of California Santa Cruz, (BA English Language and Literature) is a receptionist with the Firm.

**WENDI CARRANZA**, Southern California College of Business and Law (A.A., Paralegal Studies) is an Assistant Trustee Administrator in the Firm's Riverside office.

**SHEENA SKURO,** West Los Angeles College, (A.A., Paralegal Studies) is a Trustee Administrator with the Firm.

**LYNN RICE**, American College of Hotel & Restaurant Management (Certification Program), is the Office Manager of the Firm.

**CORY ZERA**, University of California San Diego, (BA Visual Arts: Media) is an Assistant with the Firm.

# EXHIBIT B

# GROBSTEIN TEEPLE LLP

## FIRM BILLING RATES

### Partners and Principals

| **Name** | **Rate** |
|---|---|
| Grobstein, Howard | $475.00 |
| Boffill, Kermith | $350.00 |
| Howard, Benjamin | $400.00 |
| Leonard, Jeffrey | $350.00 |
| Rachmanony, Alex | $350.00 |
| Rasmussen, Erik | $475.00 |
| Roopenian, Steven | $305.00 |
| Stake, Kurt | $425.00 |
| Teeple, Joshua | $425.00 |
| Wright, Kailey | $305.00 |

### Managers and Directors

| **Name** | **Rate** |
|---|---|
| Bussell, Jeffrey | $375.00 |
| Lundeen, Brian | $295.00 |
| McCarthy, Michael | $275.00 |
| Rojany, Rachel | $275.00 |
| Shamas, Eddie | $275.00 |
| Thomsen, William | $325.00 |

### Staff and Senior Accountants

| **Name** | **Rate** |
|---|---|
| Bird, Kimberly | $110.00 |
| Casas, Rachel | $85.00 |
| Chamichyan, Silva | $205.00 |
| Chun, Jessie | $195.00 |
| Demirdzhyan, Lucy | $130.00 |
| Godoy, Steven | $195.00 |
| Lopez, Lindsay | $115.00 |
| Meacham, Kevin | $185.00 |
| Mier, Lucia | $185.00 |

Exhibit B                    Page 1 of 2

**GROBSTEIN TEEPLE LLP**

**FIRM BILLING RATES**

| | |
|---|---|
| Muga, Tracey | $175.00 |
| Park, Sean | $185.00 |
| Phan, Bobby | $130.00 |
| Siegel, Brian | $250.00 |
| Solares, Kenneth | $185.00 |

**Para-Professionals**

| **Name** | **Rate** |
|---|---|
| Borba, Brooke | $125.00 |
| Carranza, Wendi | $125.00 |
| DeHoyos, Sheena | $125.00 |
| Gross, Brian | $125.00 |
| Rice, Lynn | $125.00 |
| Zera, Cory | $125.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

*6300 Canoga Avenue, Suite 1500W, Woodland Hills, CA 91367*

A true and correct copy of the foregoing document entitled (*specify*): ***NOTICE OF APPLICATION BY CHAPTER 7 TRUSTEE FOR AUTHORIZATION TO EMPLOY GROBSTEIN TEEPLE LLP AS ACCOUNTANTS EFFECTIVE JUNE 4, 2018; STATEMENT OF DISINTERESTEDNESS IN SUPPORT THEREOF*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 31, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On August 31, 2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Robert John Samuel Fowler
POB 1008
Santa Margarita, CA 93453

Honorable Deborah Saltzman
US Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 8/31/2018 | CORY ZERA | /s/ CORY ZERA |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Robert John Samuel Fowler                              9:10-bk-14947-DS

1. Annie Y Stoops on behalf of Trustee Jeremy W. Faith (TR) annie.stoops@arentfox.com
2. D Edward Hays on behalf of Interested Party Courtesy NEF ehays@marshackhays.com,
   8649808420@filings.docketbird.com
3. David L Oberg on behalf of Debtor Robert John Samuel Fowler david@oberglawapc.com
4. Jeffery D Trowbridge on behalf of Creditor California Mortgage and Realty, Inc.
   jdt3656@sbcglobal.net
5. Jeremy W. Faith (TR) Trustee@MarguliesFaithlaw.com,
   C118@ecfcbis.com;Helen@MarguliesFaithLaw.com;leedowding@gmail.com
6. Kristine A Thagard on behalf of Interested Party Courtesy NEF kthagard@marshackhays.com,
   8649808420@filings.docketbird.com
7. M Douglas Flahaut on behalf of Trustee Jeremy W. Faith (TR) flahaut.douglas@arentfox.com
8. Ramesh Singh on behalf of Interested Party Courtesy NEF claims@recoverycorp.com
9. Shalom Rubanowitz on behalf of Creditor Peter De Witte shalom@shalomlawoffice.com
10. United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov
11. Vy Pham on behalf of Interested Party Courtesy NEF vpham@mileslegal.com
    TOTAL: 11

Label Matrix for local noticing
0973-9
Case 9:10-bk-14947-DS
Central District of California
Santa Barbara
Fri Aug 31 14:55:05 PDT 2018

United States Trustee (ND)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Northern Division
1415 State Street,
Santa Barbara, CA 93101-2511

Aegon USA/Investors Warranty
4333 Edgewood Road
Cedar Rapids, IA 52499-3830

Affinity Bank
2674 East Thompson Blvd.
Ventura, CA 93003

American Express
Box 0001
Los Angeles, CA 90096-8000

American Express Travel Related Services Com
Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Arch Insurance Company
135 No. Los Robles, Suite 825
Pasadena, CA 91101-4531

Banker's Bank Specialty Financial G
Attn Stephen Jothoson
P.O. Box 519
Avila Beach, CA 93424-0519

CMR Mortgage Fund III, LLC, by and through t
c/o Jeffery D. Trowbridge
Trowbridge Law Office
1901 Harrison Street, 14th Floor
Oakland, CA 94612-3523

California Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267-0011

California Mortgage Realty
62 First St  4th Fl
San Francisco, CA 94105-2508

California Mortgage Realty
62 First Street, Fourth Floor
San Francisco, CA 94105-2508

Catapillar Financial Services Corp
P.O. Box 340001
Nashville, TN 37203-0001

City National Bank
400 North Roxbury Drive
Beverly Hills, CA 90210-5000

Coast National Bank
500 Marsh Street
San Luis Obispo, CA 93401-3955

Commercial Recovery Systems, Inc
P.O. Box 570909
Dallas, TX 75357-0909

Countrywide Home Loans
P.O. Box 10219
Van Nuys, CA 91410-0219

Countywide Home Loans
P.O. Box 5170
Simi Valley, CA 93062-5170

De Cou Lumber
P.O. Box 698
Atascadero, CA 93423-0698

Dewitte Mortgage Investors
935 Park Lane
Santa Barbara, CA 93108-1421

East West Bank
9300 Flair Dr.
El Monte, CA 91731-2851

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

FIA Card Services
P.O. Box 22031
Greensborough, NC 27420-2031

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

First Bank & Trust
4301 MacAurthur Blvd.
Newport Beach, CA 92660-2021

George Cost, Esq.
15910 Ventura Blvd., 12th Fl.
Encino, CA 91436-2802

Harvard Collections Services
P.O. Box 1992
Southgate, MI 48195-0992

Heritage Oaks Bank
Post Office Box 7012
Paso Robles, CA 93447

High Desert Creditors Service
14608 Main Street, Suite D
Hesperia, CA 92345-3381

Indymac Bank
155 North Lake Ave.  LK 11 19
Simi Valley, CA 91101

(b)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JON R ROBERTSON APC/BEVERLY A JOHNSON ESQ
ROBERTSON & THOMMARSON LLP
2 PARK PLAZA SUITE 730
IRVINE CA 92614-2597

JP Morgan Chase Auto Finance
C/O Commercial Recovery Systems In
P.O. Box 570909
Dallas, TX 75357-0909

James S. Stewart, et al.
c/o Jeffery D. Trowbridge
Trowbridge Law Office
1901 Harrison Street, 14th Floor
Oakland, CA 94612-3523

Jerry Namba, Chapter 7 Trustee for the bankr
c/o Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620-3663

John Deer Credit
Acct 07 7700506892AB
6400 NW 86th St.
Johnston, IA 50131-2945

Karl Sihilling
610 Suttpm Place
Ashland, OR 97520-1849

Kathy Phelps
Dannin Gill, Et Al.
2029 Century Park East   3fl
Los Angeles, CA 90067-2901

Kitco Holdings
935 Park Lane
Santa Barbara, CA 93108-1421

Law Office Of James West
6380 Rogerdale Rd.
Suite 130
Houston, TX 77072-1624

Mercedes Benz Financial
P.O. Box 9001680
Louisville, KY 40290-1680

Mission Community Bank
581 Higuera St.
San Luis Obispo, CA 93401-3834

Northstar Location Services
4285 Genesses St
Cheektowaga, NJ 14225-1943

Ojai Community Bank
402 West Ojai Ave., Suite 102
Ojai, CA 93023-2406

P.W. Gillibrand Company Inc
4537 Ish Dr
Simi Valley, CA 93063-7667

Peter De Witte, Trustee
8 East Figueroa Street #250
Santa Barbara, CA 93101-2723

Point Center Financial
7 Argonaut
Aliso Viejo, CA 92656-1423

RW Hertel & Sons, Inc.
5200 Telegraph Rd.
Ventura, CA 93003-4185

Rabobank
1026 East Grand Ave.
Arroyo Grande, CA 93420-2505

Rogers Sheffield & Compnay LLP
427 East Carillo St.
Santa Barbara, CA 93101-1401

Ronald W. Hertel
C/O Law Offices Of John Forchette
5743 Corsa Ave.  116
Westlake Village, CA 91362-6458

Shepard Mullen, Et Al.
Richard Brunette, Esq.
333 S. Hope St.   43rd Fl.
Los Angeles, CA 90071-1422

United Recovery Systems
5800 North Course Dr.
Houston, TX 77072-1613

VFS Financing
C/O Reed Smith LLP 355 So Grand Ave
Los Angeles, CA 90071-1560

Ventura County Tax Collector
800 So. Victoria Ave.
Ventura, CA 93009-1290

Ventura D.G. Legends L.P
5200 Telegraph Rd.
Ventura, CA 93003-4185

Ventura Harbor Boatyard
1415 Spinaker Dr.
Ventura, CA 93001-4339

Wells Fargo Bank NA
P.O. Box 54780
Los Angeles, CA 90054-0780

David L Oberg
23679 Calabasas Rd
Ste 541
Calabasas, CA 91302-1502

Jeremy W. Faith (TR)
16030 Ventura Blvd., Suite 470
Encino, CA 91436-4493

Peter De Witte
8 East Figueroa Street
# 250
Santa barbara, ca 93101-2723

Robert John Samuel Fowler
POB 1008
Santa Margarita, CA 93453-1008

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

FIA Card Services
P.O. Box 15726
Willmington, DE 19886-5726

Internal Revenue Service
Ogden, UT 84201-0025

(d)Internal Revenue Services
Ogden, UT 84201-0025

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)California Mortgage and Realty, Inc.

(u)Courtesy NEF

(d)California Mortgage Realty
62 First St. 4th Fl
San Francisco, CA 94105-2508

(d)Mission Community Bank
581 Higuera Street
San Luis Obispo, CA 93401-3834

End of Label Matrix
Mailable recipients    62
Bypassed recipients     4
Total                  66

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

*6300 Canoga Avenue, Suite 1500W, Woodland Hills, CA 91367*

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On September 19, 2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On September 19, 2018, I served the following person(s) and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Robert John Samuel Fowler
POB 1008
Santa Margarita, CA 93453

Honorable Deborah J. Saltzman
US Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1634 / Courtroom 1639
Los Angeles, CA 90012

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on XXXX        I served the following person(s) and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/19/2018 | CORY ZERA | /s/ CORY ZERA |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

The form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Robert John Samuel Fowler                              9:10-bk-14947-DS

1. Annie Y Stoops on behalf of Trustee Jeremy W. Faith (TR) annie.stoops@arentfox.com
2. D Edward Hays on behalf of Interested Party Courtesy NEF ehays@marshackhays.com,
   8649808420@filings.docketbird.com
3. David L Oberg on behalf of Debtor Robert John Samuel Fowler david@oberglawapc.com
4. Jeffery D Trowbridge on behalf of Creditor California Mortgage and Realty, Inc.
   jdt3656@sbcglobal.net
5. Jeremy W. Faith (TR) Trustee@MarguliesFaithlaw.com,
   C118@ecfcbis.com;Helen@MarguliesFaithLaw.com;leedowding@gmail.com
6. Kristine A Thagard on behalf of Interested Party Courtesy NEF kthagard@marshackhays.com,
   8649808420@filings.docketbird.com
7. M Douglas Flahaut on behalf of Trustee Jeremy W. Faith (TR) flahaut.douglas@arentfox.com
8. Ramesh Singh on behalf of Interested Party Courtesy NEF claims@recoverycorp.com
9. Shalom Rubanowitz on behalf of Creditor Peter De Witte shalom@shalomlawoffice.com
10. United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov
11. Vy Pham on behalf of Interested Party Courtesy NEF vpham@mileslegal.com
    TOTAL: 11

Label Matrix for local noticing
0973-9
Case 9:10-bk-14947-DS
Central District of California
Santa Barbara
Fri Aug 31 14:55:05 PDT 2018

United States Trustee (ND)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Northern Division
1415 State Street,
Santa Barbara, CA 93101-2511

Aegon USA/Investors Warranty
4333 Edgewood Road
Cedar Rapids, IA 52499-3830

Affinity Bank
2674 East Thompson Blvd.
Ventura, CA 93003

American Express
Box 0001
Los Angeles, CA 90096-8000

American Express Travel Related Services Com
Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Arch Insurance Company
135 No. Los Robles, Suite 825
Pasadena, CA 91101-4531

Banker's Bank Specialty Financial G
Attn Stephen Jothoson
P.O. Box 519
Avila Beach, CA 93424-0519

CMR Mortgage Fund III, LLC, by and through t
c/o Jeffery D. Trowbridge
Trowbridge Law Office
1901 Harrison Street, 14th Floor
Oakland, CA 94612-3523

California Franchise Tax Board
P.O. Box 942867
Sacramento, CA 94267-0011

California Mortgage Realty
62 First St  4th Fl
San Francisco, CA 94105-2508

California Mortgage Realty
62 First Street, Fourth Floor
San Francisco, CA 94105-2508

Catapillar Financial Services Corp
P.O. Box 340001
Nashville, TN 37203-0001

City National Bank
400 North Roxbury Drive
Beverly Hills, CA 90210-5000

Coast National Bank
500 Marsh Street
San Luis Obispo, CA 93401-3955

Commercial Recovery Systems, Inc
P.O. Box 570909
Dallas, TX 75357-0909

Countrywide Home Loans
P.O. Box 10219
Van Nuys, CA 91410-0219

Countywide Home Loans
P.O. Box 5170
Simi Valley, CA 93062-5170

De Cou Lumber
P.O. Box 698
Atascadero, CA 93423-0698

Dewitte Mortgage Investors
935 Park Lane
Santa Barbara, CA 93108-1421

East West Bank
9300 Flair Dr.
El Monte, CA 91731-2851

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

FIA Card Services
P.O. Box 22031
Greensborough, NC 27420-2031

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

First Bank & Trust
4301 MacAurthur Blvd.
Newport Beach, CA 92660-2021

George Cost, Esq.
15910 Ventura Blvd., 12th Fl.
Encino, CA 91436-2802

Harvard Collections Services
P.O. Box 1992
Southgate, MI 48195-0992

Heritage Oaks Bank
Post Office Box 7012
Paso Robles, CA 93447

High Desert Creditors Service
14608 Main Street, Suite D
Hesperia, CA 92345-3381

Indymac Bank
155 North Lake Ave.  LK 11 19
Simi Valley, CA 91101

US INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JON R ROBERTSON APC/BEVERLY A JOHNSON ESQ
ROBERTSON & THOMMARSON LLP
2 PARK PLAZA SUITE 730
IRVINE CA 92614-2597

JP Morgan Chase Auto Finance
C/O Commercial Recovery Systems In
P.O. Box 570909
Dallas, TX 75357-0909

James S. Stewart, et al.
c/o Jeffery D. Trowbridge
Trowbridge Law Office
1901 Harrison Street, 14th Floor
Oakland, CA 94612-3523

Jerry Namba, Chapter 7 Trustee for the bankr
c/o Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620-3663

John Deer Credit
Acct 07 7700506892AB
6400 NW 86th St.
Johnston, IA 50131-2945

Karl Sihilling
610 Suttpm Place
Ashland, OR 97520-1849

Kathy Phelps
Dannin Gill, Et Al.
2029 Century Park East   3fl
Los Angeles, CA 90067-2901

Kitco Holdings
935 Park Lane
Santa Barbara, CA 93108-1421

Law Office Of James West
6380 Rogerdale Rd.
Suite 130
Houston, TX 77072-1624

Mercedes Benz Financial
P.O. Box 9001680
Louisville, KY 40290-1680

Mission Community Bank
581 Higuera St.
San Luis Obispo, CA 93401-3834

Northstar Location Services
4285 Genesses St
Cheektowaga, NJ 14225-1943

Ojai Community Bank
402 West Ojai Ave., Suite 102
Ojai, CA 93023-2406

P.W. Gillibrand Company Inc
4537 Ish Dr
Simi Valley, CA 93063-7667

Peter De Witte, Trustee
8 East Figueroa Street #250
Santa Barbara, CA 93101-2723

Point Center Financial
7 Argonaut
Aliso Viejo, CA 92656-1423

RW Hertel & Sons, Inc.
5200 Telegraph Rd.
Ventura, CA 93003-4185

Rabobank
1026 East Grand Ave.
Arroyo Grande, CA 93420-2505

Rogers Sheffield & Compnay LLP
427 East Carillo St.
Santa Barbara, CA 93101-1401

Ronald W. Hertel
C/O Law Offices Of John Forchette
5743 Corsa Ave.  116
Westlake Village, CA 91362-6458

Shepard Mullen, Et Al.
Richard Brunette, Esq.
333 S. Hope St.   43rd Fl.
Los Angeles, CA 90071-1422

United Recovery Systems
5800 North Course Dr.
Houston, TX 77072-1613

VFS Financing
C/O Reed Smith LLP 355 So Grand Ave
Los Angeles, CA 90071-1560

Ventura County Tax Collector
800 So. Victoria Ave.
Ventura, CA 93009-1290

Ventura D.G. Legends L.P
5200 Telegraph Rd.
Ventura, CA 93003-4185

Ventura Harbor Boatyard
1415 Spinaker Dr.
Ventura, CA 93001-4339

Wells Fargo Bank NA
P.O. Box 54780
Los Angeles, CA 90054-0780

David L Oberg
23679 Calabasas Rd
Ste 541
Calabasas, CA 91302-1502

Jeremy W. Faith (TR)
16030 Ventura Blvd., Suite 470
Encino, CA 91436-4493

Peter De Witte
8 East Figueroa Street
# 250
Santa barbara, ca 93101-2723

Robert John Samuel Fowler
POB 1008
Santa Margarita, CA 93453-1008

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

FIA Card Services
P.O. Box 15726
Willmington, DE 19886-5726

Internal Revenue Service
Ogden, UT 84201-0025

(d)Internal Revenue Services
Ogden, UT 84201-0025

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)California Mortgage and Realty, Inc.

(u)Courtesy NEF

(d)California Mortgage Realty
62 First St. 4th Fl
San Francisco, CA 94105-2508

(d)Mission Community Bank
581 Higuera Street
San Luis Obispo, CA 93401-3834

End of Label Matrix
Mailable recipients    62
Bypassed recipients     4
Total                  66